UNITED STATES of America,
Plaintiff–Appellee,

v.

Nicholas J. QUEEN, Sr., Defendant–
Appellant.

No. 02–6284.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2002.

Decided April 12, 2002.

Nicholas J. Queen, Sr., Appellant Pro Se. Christine Manuelian, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Nicholas J. Queen appeals the district court's order denying his petition for writ of error coram nobis, which the district court properly construed as a 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Queen*, No. CR–93–366 (D.Md. Jan. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*